EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2018 TSPR 101 |
|--------|---------------|
| Héctor J. Martínez Maldonado | 200 DPR ____ |

Número del Caso: TS-14,523

Fecha: 18 de mayo de 2018

Abogados del Promovido:

      Por derecho propio

Materia: La suspensión será efectiva una vez advenga final y firme la Sentencia conforme a la Regla 45 del Reglamento del Tribunal Supremo sobre Reconsideración.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Héctor J. Martínez Maldonado

TS-14,523


RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de mayo de 2018.

El Tribunal de Distrito Federal para el Distrito de Puerto Rico celebró un procedimiento criminal contra el Lcdo. Héctor Martínez Maldonado en el caso United States of America v. Héctor Martínez Maldonado, Caso Núm. 3:10-cr-00332-2 (FAB). El 31 de mayo de 2017, un jurado lo encontró culpable por soborno a programas federales. El 12 de abril de 2018, se llevó a cabo el acto de lectura de sentencia. Posteriormente, el Tribunal de Distrito Federal para el Distrito de Puerto Rico nos notificó la sentencia. Como consecuencia, el 25 de abril de 2018, emitimos una Resolución en la que le concedimos al licenciado Martínez Maldonado un término de quince días para que mostrara causa por la cual no debíamos suspenderlo provisionalmente del ejercicio de la abogacía. El licenciado Martínez Maldonado compareció el 9 de mayo de 2018, y se allanó a la determinación de suspensión provisional del ejercicio de la abogacía. Asimismo, indicó que notificó a sus clientes la suspensión potencial, así como al Tribunal General de Justicia y a los foros administrativos en los que litigaba. Además, certificó que no tiene ningún caso pendiente ante el Tribunal de Justicia. Finalmente, indicó que apeló la decisión del foro federal local en el Tribunal de Apelaciones para el Primer Circuito de Boston.

Al amparo de nuestro poder inherente para reglamentar la profesión y de La Ley de 11 de marzo de 1909, 4 LPRA sec. 735, que establece que cuando un abogado es hallado culpable de un delito que implique depravación moral, como es el caso del soborno, deberá ser suspendido o destituido de la profesión, hemos separado de la profesión legal a abogados que han cometidos delitos de depravación moral. Véanse In re Doitteau Cruz, 198 DPR 83 (2015); In re Colón Ladee, 190 DPR 51 (2014); In re Martínez Maldonado, 185 DPR 1085 (2013). En caso de que la sentencia no sea final y firme, lo que procede es una suspensión provisional. Véanse In re Martínez Maldonado, supra; In re Colón Ladee, supra.

Evaluada la comparecencia del licenciado Martínez Maldonado y considerando que la sentencia en este caso no es final y firme, ordenamos que se le suspenda provisionalmente del ejercicio de la abogacía. Asimismo, se le ordena que nos mantenga informado del resultado de la apelación de la sentencia en el Tribunal de Apelaciones para el Primer Circuito de Boston. Se le recuerda que procederemos a suspenderlo indefinidamente de la profesión, si el foro apelativo federal confirma la sentencia recurrida. Por otro lado, tomamos conocimiento de que el 9 de mayo de 2018, el licenciado Martínez Maldonado certificó que notificó a los clientes la suspensión potencial, así como al Tribunal General de Justicia y a los foros administrativos en los que litigaba. Además, certificó que no tiene ningún caso pendiente ante el Tribunal de Justicia.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina. La Jueza Presidenta Oronoz Rodríguez y la Jueza Asociada señora Pabón Charneco no intervinieron. El Juez Asociado señor Feliberti Cintrón no interviene.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina